Argued January 20, affirmed January 20, 1972

STATE OF OREGON, *Respondent, v.* JERRY
RICHARD HARVEY (No. C-71-03-0731 Cr),
*Appellant.*

492 P2d 832

*Donald H. Hartvig,* Portland, argued the cause for appellant. On the brief were J. Reynold Barnes, and Sherwood and Barnes, Portland.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Joseph F. Ceniceros, Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.